FILED
2006 OCT 23 AM 9:06
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Crim. Case No. 97CR3306H |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| BERNARDO ARMANDO ) | |
| DELACERRA, ) | |
| Defendant. ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Carol C. Lam. United States Attorney, and Sherri Walker Hobson, Assistant United States Attorney, and defendant BERNARDO ARMANDO DELACERRA and through his counsel, Nancee Schwartz, request this Court to continue the motion hearing from October 23, 2006, at 2:00 p.m. to December 4, 2006, at 2:00 p.m. Motions have been filed by the defendant and are pending and the parties request that the time period for Speedy Trial purposes be excluded. Defendant is currently in custody.

SO STIPULATED.

DATED: 10/20/06

CAROL C. LAM
United States Attorney

SHERRI WALKER HOBSON
Asst. U.S. Attorney

NANCEE SCHWARTZ
Defense Attorney for
BERNARDO ARMANDO DELACERRA

## ORDER

IT IS HEREBY ORDERED that the motion hearing in the above-referenced case be continued from October 23, 2006, at 2:00 p.m. to December 4, 2006, at 2:00 p.m.

IT IS FURTHER ORDERED that this time period for Speedy Trial purposes is excluded in light of the pending motions filed by the defendant.

DATED: 10/20/06

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT COURT

United States v. Bernando Armando DelaCerra
97-CR-3306-H